# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**SERGIO GONZALEZ-VARONA**
**#   975471**

  **Plaintiff,**

vs.                   5:09-CV-267-RS\AK

**LEROY MCELROY, et al.,**

  **Defendants.**
            /

## ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS*

Plaintiff, an inmate proceeding *pro se*, has filed a civil rights complaint, (doc. 1), under 42 U.S.C. § 1983, and an application to proceed *in forma pauperis*, (doc. 2). Good cause having been shown, it is **ORDERED** that:

 1. Plaintiff's application to proceed *in forma pauperis*, (doc. 2), is **GRANTED** to the extent that he will not have to **prepay** the filing fee.

 2. As Plaintiff has demonstrated he has maintained a balance of -0- in his inmate bank account for the past six (6) months, the clerk of court shall permit Plaintiff to proceed without payment of an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A).

 3. Plaintiff is advised that the granting of leave to proceed *in forma pauperis* is merely authorization to proceed without prepayment of the full filing fee. This does not relieve the Plaintiff of the obligation to pay the full amount of the fee, regardless of dismissal or subsequent release from incarceration. As a prisoner, Plaintiff is still

required to make payments to the court until the total amount of the $350.00 filing fee is paid. 28 U.S.C. § 1915(b)(1).

    4. A prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of court each time the amount in the account exceeds $10 until the full amount of the filing fee ($350.00) is paid.

    5. When Plaintiff is able to make payments to the court, Plaintiff is advised that checks from a penal institution, a cashier's check, or a money order should be made payable to "Clerk, U.S. District Court." *Personal checks will not be accepted.* The following information shall be either included on the face of the check from the penal institution, cashier's check, or money order or attached thereto:

    (1) the full name of the prisoner; (2) the prisoner's inmate number; and (3)

Northern District of Florida Case Number [see first page of this order].
Checks or money orders which do not have this information will be returned to the penal institution or the Plaintiff.

    6. The clerk of court shall MAIL a copy of this order, with the appropriate cover letter, to: **Department of Corrections, Office of the General Counsel, 2601 Blair Stone Road, Tallahassee, FL. 32399-2500.**

    **DONE AND ORDERED** this *31st* day of August, 2009.

                              *s/ A. KORNBLUM*
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**