# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**SERGIO GONZALEZ-VARONA,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 5:09CV267-RS/AK**

**CAPTAIN LEROY MCELROY, et al,**

    **Defendants.**

_____/

## O R D E R

Plaintiff has moved for additional time through January 22, 2010, to file an amended complaint. (Doc. 9). The motion is **GRANTED.**

**DONE AND ORDERED** this **6th** day of January, 2010.

                         *s/ A. KORNBLUM*
                         **ALLAN KORNBLUM**
                         **UNITED STATES MAGISTRATE JUDGE**